960 F.2d 326
 58 Empl. Prac. Dec. P 41,418, 2 A.D. Cases 1514
 Michael V. DiPOMPO, Plaintiff-Appellant,
v.
WEST POINT MILITARY ACADEMY; Chief Administrative Officers
of West Point Military Academy, in individual and official
capacities, whose names are unknown; George Diaz, in his
individual and official capacities; Edward O'Connell, in
his individual and official capacities; Michael Heller, in
his individual and official capacities; Anthony Ferraiulo,
in his individual and official capacities; Dr. John
Francis, in his individual and official capacities,
Defendants-Appellees.
 No. 1148, Docket 91-6265.
 United States Court of Appeals,
Second Circuit.
 Argued March 26, 1992.
Decided April 6, 1992.
 
 Kipp Elliott Watson, New York City, for plaintiff-appellant.
 Gideon A. Schor, Asst. U.S. Atty., New York City (Otto G. Obermaier, U.S. Atty., Gabriel W. Gorenstein, Asst. U.S. Atty., on the brief), for defendants-appellees.
 Before: LUMBARD, NEWMAN, and CARDAMONE, Circuit Judges.
 JON O. NEWMAN, Circuit Judge:
 
 
 1
 Michael V. DiPompo appeals from the August 19, 1991, judgment of the District Court for the Southern District of New York (Michael B. Mukasey, Judge) dismissing on the merits after a bench trial his suit under section 501 of the Rehabilitation Act of 1973, 29 U.S.C. § 791 (1988). DiPompo, a firefighter who suffers from dyslexia, alleged that he was unlawfully rejected for employment as a structural firefighter at the United States Military Academy, West Point.
 
 
 2
 We affirm the judgment of the District Court on the well-reasoned opinion of Judge Mukasey. DiPompo v. West Point Military Academy, 770 F.Supp. 887 (S.D.N.Y.1991).